No. 98–8384. WILLIAMS v. TAYLOR, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1a, 1b, 2, and 3 presented by the petition.

No. 98–876. CLARK v. UNITED STATES;
No. 98–7027. WADENA v. UNITED STATES; and
No. 98–7069. RAWLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 152 F. 3d 831.

No. 98–1035. STATE-RECORD CO., INC. v. QUATTLEBAUM. Sup. Ct. S. C. Certiorari denied.

No. 98–1056. CITY OF LITTLE ROCK v. GOSS; and
No. 98–1234. GOSS v. CITY OF LITTLE ROCK. C. A. 8th Cir. Certiorari denied. Reported below: 151 F. 3d 861.

No. 98–1135. AQUATHERM INDUSTRIES, INC. v. FLORIDA POWER & LIGHT CO. C. A. 11th Cir. Certiorari denied.

No. 98–1149. COTO ET AL. v. J. RAY MCDERMOTT, S. A., ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–1218. MICHAUD v. STATE FARM INSURANCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1219. RUSSELL v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 98–1224. BROWN ET UX. v. MEDICAL CENTER OF NEW ORLEANS. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–1225. BARNES v. LOWE'S COS., INC. C. A. 4th Cir. Certiorari denied.

No. 98–1227. JONES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SHEPP, DECEASED, ET AL. v. LUHR BROS., INC. C. A. 5th Cir. Certiorari denied.